# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
********************************************************************
```

IN RE:                              :        CHAPTER 7
                                    :
BERTHA ELLEN ALEXANDER              :
                                    :
                    Debtor          :        NO:   5-17-01633

```
********************************************************************
```

BERTHA ELLEN ALEXANDER              :
                                    :
                    Plaintiff       :
                                    :
        vs.                         :        ADVERSARY NO. _____
                                    :
BOSCOV'S                            :
                                    :
                    Defendant       :

```
********************************************************************
```

## COMPLAINT TO RECOVER DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY

```
********************************************************************
```

**AND NOW COMES** the Plaintiff/Debtor, Bertha Ellen Alexander, by and through her attorney, Tullio DeLuca, Esquire, and makes this Complaint to Recover Damages for Violation of the Automatic Stay and, in support thereof, avers as follows:

1.      On April 19, 2017, Bertha Ellen Alexander, (hereinafter "Plaintiff/Debtor") filed her petition under Chapter 7 Title 11, U.S. Code in the United States Bankruptcy Court for the Middle District of Pennsylvania.

2.      Mark J. Conway, Esquire was appointed the standing Chapter 7 Trustee in the above case.

3.      On or about April 20, 2017, Boscov's was served by first class mail by the Bankruptcy Noticing Center with the Notice of 341 Meeting of Creditors. A copy of the Certificate of Mailing of 341 Meeting Notice is attached hereto and made a part hereof, and marked as Exhibit "A."

4.      After being notified of the filing of the Chapter 7 bankruptcy, Boscov's forwarded a billing statement dated May 26, 2017, to the Debtor in an attempt to collect on pre-petition debt. A copy of these notices are attached hereto and Exhibit "B".

5. Based on the foregoing facts and the Exhibits attached hereto and made a part hereof, Boscovs conduct is in violation of the automatic stay, 11 U.S.C. Section 362.

WHEREFORE, the Debtor, Bertha Ellen Alexander, requests the following relief:

1. An order adjudging Boscov's in civil contempt for violation of the automatic stay provisions of Section 362 of the Bankruptcy Code.

2. An order awarding Debtor damages, including punitive damages, for Boscovs' violation of the automatic stay, along with costs and attorney's fees incurred as a result of the violation of the automatic stay by Boscov's.

3. Such other and further relief as the court may deem appropriate.

Respectfully submitted,

_____
Tullio DeLuca, Esquire
Attorney I.D. 59887
Attorney for Debtor
381 North 9th Avenue
Scranton, Pennsylvania 18504
570-347-7764

Dated _____ 6/19/17

# Exhibit "A"

```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

```
In re:                                               Case No. 17-01633-JJT
Bertha Ellen Alexander                               Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: LyndseyPr        Page 1 of 2          Date Rcvd: Apr 20, 2017
                            Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
```
db              +Bertha Ellen Alexander,    1043 N. Irving Ave.,,    Scranton, PA 18510-1391
4911387         +AAA Fincl. Services,    P.O. Box 982235,    El Paso, TX 79998-2235
4911388         +Ability Recovery Service,    921 Oak St.,    Scranton, PA 18508-1235
4911392         +Bureaus Investment Group,    c/o Alpha Recovery Corp.,    5660 Greenwood Plaza Blvd., Ste. 101,
                  Greenwood Village, CO 80111-2417
4911396          Commonwealth Health,    Regional Hospital of Scranton,    P.O. Box 1022,   .Wixon, MI 48393-1022
4911397          First National Bank of Omaha,    P.O. Box 3696,    Omaha, NE 68103-0696
4911398          Geisinger Clinic,    P.O. Box 828560,    Philadelphia, PA 19182-8560
4911399         +Geisinger Health System,    100 North Academy Ave.,    Danville, PA 17822-0001
4911400         +Geisinger Health System,    5 Lakeview Dr.,    Moosic, PA 18507-2108
4911401         +Geisinger Medical Group,    100 North Academy Ave.,    Danville, PA 17822-0001
4911402          Goodyear Credit Plan,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
4911403          Horizon Medical Corp., P.C.,    3 West Olive St., Ste.201,    Scranton, PA 18508-2574
4911404         +James A. Haggerty, D.P.M.,    521 Ash St. Complex, Ste. 2,    Dunmore, PA 18509-2907
4911405         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4911406         +Medical Data Systems,    d/b/a Medical Revenue Service,    2001 9th Ave., Ste. 312,
                  Vero Beach, FL 32960-6413
4911407         +Medical Revenue Services,    P.O. Box 938,    Vero Beach, FL 32961-0938
4911408         +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4911409         +NE Rehabilitation Assoc. PC,    5 Morgan Highway, Suite #4,    Scranton, PA 18508-2641
4911410         +Penn Credit Corp.,    916 S 14th Street,    Harrisburg, PA 17104-3425
4911411         +Physician's Health Alliance,    P.O. Box 618,    Dunmore, PA 18512-0618
4911412         +Professional Account Mgmt LLC,    Collection Services Division,    P.O. Box 391,
                  Milwaukee, WI 53201-0391
4911413          Scranton Neurological Associates, PC,    805 Jefferson Ave.,    Scranton, PA 18510-1038
4911414         +Scranton Ortho Special/CS,    231 Northern Blvd.,    Clarks Summit, PA 18411-9189
4911416         +The Wright Center Medical Gr,    501 Madison Ave.,    Scranton, PA 18510-2401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: tullio.deluca@verizon.net Apr 20 2017 19:00:35      Tullio DeLuca,
                  381 N. 9th Avenue,    Scranton, PA 18504
tr              +EDI: BMJCONWAY.COM Apr 20 2017 18:53:00      Mark J. Conway (Trustee),
                  502 South Blakely Street,    Dunmore, PA 18512-2237
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Apr 20 2017 19:01:20      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4911389         +E-mail/Text: khaffn@allied-services.org Apr 20 2017 19:01:21      Allied Services,
                  Attn: Kelly Haffner, Collection Coordina,    100 Abington Executive Park,
                  Clarks Summit, PA 18411-2260
4911391         +EDI: HFC.COM Apr 20 2017 18:53:00      Boscov's,    Credit Office, P.O. Box 4274,
                  Reading, PA 19606-0674
4911393         +EDI: CAPIO.COM Apr 20 2017 18:53:00      Capio Partners,    2222 Texoma Pkwy.,    Suite 150,
                  Sherman, TX 75090-2481
4911394         +EDI: CAPITALONE.COM Apr 20 2017 18:53:00      Capital One,    P.O 30285,
                  Salt Lake City, UT 84130-0285
4911395         +EDI: CHASE.COM Apr 20 2017 18:53:00      Chase,    PO Box 15298,    Wilmington DE 19850-5298
4911415         +EDI: RMSC.COM Apr 20 2017 18:53:00      Synchrony Bank/Lowes,    PO Box 965060,
                  Orlando, FL 32896-5060
                                                                                TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4911390*        +Bertha Ellen Alexander,    1043 N. Irving Ave.,,    Scranton, PA 18510-1391
                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                          Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:

      Mark J. Conway (Trustee)    PA40@ecfcbis.com,
     mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
      Tullio DeLuca    on behalf of Debtor Bertha Ellen Alexander tullio.deluca@verizon.net
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Bertha Ellen Alexander** | Social Security number or ITIN   xxx-xx-7054 |
| | First Name   Middle Name   Last Name | EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | Date case filed for chapter  **7   April 19, 2017** |
| Case number:   **5:17-bk-01633-JJT** | | |

## Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bertha Ellen Alexander | |
| 2. | **All other names used in the last 8 years** | aka Bertha Ellen Klassner, aka Bertha Alexander, aka Bertha E. Alexander, aka Ellen K. Klassner, aka Ellen Alexander, aka Ellen K. Alexander, aka Ellen Klassner | |
| 3. | **Address** | 1043 N. Irving Ave., Scranton, PA 18510 | |
| 4. | **Debtor's attorney** Name and address | Tullio DeLuca 381 N. 9th Avenue Scranton, PA 18504 | Contact phone 570 347-7764 Email: tullio.deluca@verizon.net |
| 5. | **Bankruptcy trustee** Name and address | Mark J. Conway (Trustee) 502 South Blakely Street Dunmore, PA 18512 | Contact phone 570 343-5350 Email: PA40@ecfcbis.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court | Hours open Monday – Friday 9:00 |
|---|---|---|---|

**6.** **Bankruptcy clerk's office**

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.

U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

Hours open Monday – Friday 9:00 AM to 4:00 PM

Contact phone (570) 831-2500

Date: April 20, 2017

---

**7.** **Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**June 2, 2017 at 01:00 PM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

*** Valid photo identification and proof of social security number are required ***

Location:

**Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503**

---

**8.** **Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9.** **Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or

- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: August 1, 2017**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**                                                                page **2**

# Exhibit "B"

## Summary of account activity

Account no. 5780-9760-8142-7805

| | |
|---|---|
| Previous balance | $3,693.98 |
| Payments | 0.00 |
| Other credits | 0.00 |
| Purchases | 0.00 |
| Other debits | 0.00 |
| Fees charged | 35.00 |
| Interest charged | 82.49 |
| **New balance** | **$3,811.47** |
| Past due amount | 870.00 |
| Credit limit | $0.00 |
| Available credit | $0.00 |
| Statement closing date | 06/01/2017 |
| Days in billing cycle | 31 |

## Payment information

| | |
|---|---|
| New balance | $3,811.47 |
| Minimum payment due | $1,062.00 |
| Payment due date | 06/27/2017 |

**Late payment warning:**
If we do not receive your minimum payment by 06/27/2017 you may have to pay up to a $35.00 late fee.

**Minimum payment warning:** If you make only the minimum payment for each period, you will pay more in interest and it will take you longer to pay off your balances. For example:

| If you make no additional charges using this card and each month you pay: | You will pay off the balance shown on the statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum payment | 8 years | $6433 |

For information regarding credit counseling services, call 1-800-284-1706.

## Details of your transactions

| TRANS DATE | TRANSACTION DESCRIPTION/LOCATION | AMOUNT |
|---|---|---|
| **Fees** | | |
| 05/27/2017 | LATE FEE | 35.00 |
| | **Total fees charged for this period** | **$35.00** |
| **Interest charged** | | |
| | Interest charge on purchases | $82.49 |
| | **Total interest for this period** | **$82.49** |

| 2017 totals year to date | |
|---|---|
| Total fees charged in 2017 | $175.00 |
| Total interest charged in 2017 | $445.08 |

## Interest charge calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account. See BALANCE COMPUTATION METHOD on page 2 for more details.

| TYPE OF BALANCE | APR | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|
| Purchases prior to 05/23/2010 | 21.9000% | 597.57 | 11.12 |
| Purchases prior to 11/15/2016 | 26.7400% (v) | 2,875.04 | 65.29 |
| Purchases | 26.7400% (v) | 267.84 | 6.08 |

## Notice of changes to your account terms

The following is a summary of changes being made to your Account terms. These changes will take effect on 07/24/2017. For more information, see below.

(CONTINUED)

NOTICE: See reverse side for important information.
Please tear at perforation above



| Account number | 5780-9760-8142-7805 |
|---|---|
| New balance | Minimum payment |
| $3,811.47 | $1,062.00 |

99 4

☐ **Yes,** I have moved or updated my e-mail address - see reverse.

Amount enclosed: Payment must reach us by 6 pm ET on **06/27/2017**.

$ _____

Please make check payable to:
COMENITY - Boscov's

Please return this portion along with your payment to:
PO BOX 659622
SAN ANTONIO TX 78265-9622

ELLEN BERTHA ALEXANDER
1043 N IRVING AVE
SCRANTON PA 18510-1391